| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

> Application denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            August 15, 2023

Hon. Philip M. Halpern, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas St.
White Plains, NY 10601-4150

**Re:    Gregory Johnson v. Ridgeview Apartments LLC and Lincoln Apartment Management Limited Partnership**
**Docket No. 23-cv-05295-PMH**

Your Honor:

    The undersigned represents the Plaintiff in this action, and after having conferred, the parties jointly submit this correspondence. Your Honor has noticed a Rule 16 conference for August 29, 2023, and as pointed out in DE 10, correspondence detailing the citizenship of each of the members/partners of the entity defendants must be submitted one week prior. After conferring with defense counsel, who was assigned to defend this matter by the insurer as opposed to being retained directly by the parties, some time is necessary to obtain this information. The parties also wish to ensure that the information submitted will be accurate to enable the Court to assess the propriety of diversity jurisdiction. The parties therefore jointly request that the Rule 16 Conference be adjourned to September 5, 2023, or such other subsequent date as may be convenient on the Court's calendar. The defendants also respectfully request an enlargement of the time to file their Rule 7.1 Corporate Disclosure notice, to which the Plaintiff consents. No previous application has been made for any of the relief requested.

Respectfully submitted,

_____
William Cafaro
Attorney for Plaintiff

cc: atobman@travelers.com