*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

> Application granted. The initial pretrial telephone conference scheduled for 8/29/23 at 12:00 p.m. is rescheduled to 8/29/23 at 10:30 a.m.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 23, 2023

Hon. Philip M. Halpern, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas St.
White Plains, NY 10601-4150

**Re:    Second Request to Reschedule Conference**
        **Gregory Johnson v. Ridgeview Apartments LLC**
        **Docket No. 23-cv-05295-PMH**

Your Honor:

     The undersigned represents the Plaintiff in this action and regretfully must request a change in the time of the conference scheduled for August 29, 2023. I am leaving to go on vacation that day but did not make this request earlier because I thought my flight was later in the day. My flight leaves at 11:30AM, so I would be able to do the conference at 10:30AM or any time before that. I am reluctant to request any time later that day because the timing of air travel has become so unreliable. I would be able to do the conference anytime the preceding day, August 28. Even though I will be on vacation, I will make myself available at 4PM on August 30th or 31st, or anytime on September 1. I have been unable to confer with my adversary on these dates and times because he is on vacation this week. As the Court is aware, a previous application was made to adjourn this conference which was denied last week, see, Doc. 12, and I apologize for not bringing this to the Court's attention sooner.

Respectfully submitted,

_____
William Cafaro
Attorney for Plaintiff

cc: atobman@travelers.com