UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY JOHNSON, <br><br> Plaintiff, <br><br> - against - <br><br> RIDGEVIEW APARTMENTS LLC, et al., <br><br> Defendants. | **ORDER** <br><br> 23-CV-05295 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court held an Initial Pretrial Telephone Conference on August 29, 2023. As stated on the record, Defendants shall file by September 12, 2023, a list naming all members of Ridgeview Apartments LLC and all partners of Lincoln Apartment Management LP, and identifying the citizenship of those members and partners.

**SO ORDERED.**

Dated: White Plains, New York
August 29, 2023

_____
PHILIP M. HALPERN
United States District Judge