UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GREGORY JOHNSON,                              **ORDER**

           Plaintiff,                      23-CV-05295 (PMH)

v.

RIDGEVIEW APARTMENTS, et al.,

           Defendants.

---------------------------------------------------------X

The case management conference scheduled for **May 21, 2024 at 10:00 a.m.** is rescheduled to **May 30, 2024 at 12:30 p.m.** to be held by teleconference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Dated: White Plains, New York
       May 16, 2024

                                            SO ORDERED:

                                            _____
                                            Hon. Philip M. Halpern
                                            United States District Judge